JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**EASTERN DIVISION**

AKSHDEEP SINGH,
Petitioner,
v.
MARK BOWEN, et al.,
Respondents.

No. 5:26-cv-05561-BFM

**JUDGMENT**

Pursuant to the Order Denying Petition (ECF 13), IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the First Amended Petition (ECF 10) is denied without prejudice. The Court directs the Clerk of Court to close this case.

DATED: October 19, 2026

HON. BRIANNA FULLER MIRCHEFF
UNITED STATES MAGISTRATE JUDGE